UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

201 JEFFERSON, LLC,                          )
                                             )
                 Plaintiff,                  )
                                             )
        v.                                   )        CASE NO.    1:21-CV-2141
                                             )
THE OHIO CASUALTY INSURANCE                  )
AND ITS SUBSIDIARY                           )
LIBERTY MUTUAL INSURANCE,                    )
                                             )
                 Defendants.                 )

## NOTICE OF REMOVAL

Defendants, The Ohio Casualty Insurance Company ("Ohio Casualty") and Liberty

Mutual Insurance ("Liberty Mutual"), by their counsel, submit this Notice to remove this action

pursuant to the provisions of 28 U.S.C. §1441 *et seq.*  In support of their Notice of Removal,

Ohio Casualty and Liberty Mutual state as follows:

1.       This cause is now pending under the name and style 201 Jefferson, LLC v. The

Ohio Casualty Insurance and its subsidiary Liberty Mutual Insurance, Cause No. 41D01-2107-

CT-000088 in the Superior Court of Johnson County, Indiana ("the State Court Action").  The

State Court Action is for breach of contract and a breach of the duty of good faith and fair

dealing, in which Plaintiff alleges that the Defendants failed to pay sufficiently for damages

Plaintiff incurred due to a wind and hail event on July 11, 2020.  The State Court Action was

initiated by the filing of a Complaint on July 8, 2021, with service thereafter made on Ohio

Casualty and Liberty Mutual on July 9, 2021.  This Notice is therefore timely pursuant to 28

U.S.C. §1446(b)(2).

2.      This matter is a civil action for which the District Court of the United States has original jurisdiction because there exists diversity of citizenship between the Plaintiff and the Defendants as provided in 28 U.S.C. §1332 and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.  Accordingly, this action is removable to this Court pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, see Complaint in the State Court Action, ¶¶1, 5 and the general Wherefore prayer for relief.

3.      This action involves a controversy between citizens of different states.

4.      Plaintiff 201 Jefferson, LLC ("201 Jefferson") was at the time of commencement of the State Court Action and currently is a limited liability company duly organized and existing under the law of the State of Indiana, with its principal place of business at 107 N. State Road 135, Suite 306, Greenwood, Indiana, in Johnson County, Indiana.

5.      For diversity purposes, a limited liability company shares the citizenship of its members.  See *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).  At the time of the filing of the Complaint and continuing to present, the members of 201 Jefferson were and are Derrick Keefe Christy and Aaron Christy.  At the time of the filing of the Complaint and continuing to present, Derrick Keefe Christy and Aaron Christy were and are domiciled in the State of Indiana, and both Derrick Keefe Christy and Aaron Christy were and are citizens of the State of Indiana.

6.      Ohio Casualty was at the time of commencement of the State Court Action, a company duly organized and existing under the laws of New Hampshire with its principal place of business in Boston, Massachusetts.  Ohio Casualty is a citizen of a state other than the State of Indiana.

7.      Liberty Mutual was at the time of commencement of the State Court Action and currently is a company duly organized and existing under the laws of Massachusetts with its principal place of business in Boston, Massachusetts.  Liberty Mutual is a citizen of a state other than the State of Indiana.

8.      The amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

9.      The Complaint in the State Court Action states that the total amount of the damage alleged due to the wind and hail event exceeds $400,000 and 201 Jefferson states $240,000 is due and owing plus an unknown amount of punitive damages.  See Complaint in State Court Action ¶20 and its Wherefore clause including the specific prayer for relief.

10.     Removal of such action or proceeding to the United States District Court is timely pursuant to 28 U.S.C. §1446 because this Notice of Removal has been filed within 30 days after the service of Summons and Complaint.

11.     Pursuant to the provisions of 28 U.S.C. §1446, Ohio Casualty and Liberty Mutual attach herewith and incorporates herein all filings made in the State Court Action in the Superior Court of Johnson County, Indiana labeled as Exhibit A.

12.     For the Court's convenience, the Complaint in the State Court Action is separately attached hereto as Exhibit B.

13.     Ohio Casualty and Liberty Mutual are entitled to have this cause removed from the Superior Court of Johnson County to the United States District Court for the Southern District of Indiana, the federal district wherein said State Court Action is pending.

14.     Written notice of the filing of this Notice of Removal has been given to the adverse party as required by law.  Upon receiving a file-marked copy of this Notice, Ohio

Casualty and Liberty Mutual will file with the Clerk of the Superior Court of Johnson County,

Indiana a copy of the Notice as provided by law in the form submitted herewith as Exhibit C.

WHEREFORE, Defendants The Ohio Casualty Insurance Company and Liberty Mutual

Insurance give notice that this action is removed to this Court and asks that this Court accept

jurisdiction of this action and place on the docket as if this action had originally been instituted

in this Court.

KIGHTLINGER & GRAY, LLP

By: */s/ Ginny L. Peterson*
   Ginny L. Peterson
   Attorney I.D. No. 20305-41
   *Attorneys for Defendants, The Ohio Casualty*
   *Insurance Company and Liberty Mutual Insurance*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2021, the foregoing was electronically filed

with the U.S. District Court and was served – through the Court's E-Filing system – on the

following:

Patrick M. O'Brien – obobrien321@gmail.com
107 N. State Road 135, Suite 301
Greenwood, IN 46142
*Attorney for Plaintiff*

        */s/ Ginny L. Peterson*
        Ginny L. Peterson

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania Street
Indianapolis, IN 46204
(317) 638-4521
gpeterson@k-glaw.com

4