UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| 201 JEFFERSON, LLC,<br>An Indiana Limited Liability Company,<br>　　　　　　Plaintiff,<br>vs.<br><br>THE OHIO CASUALTY INSURANCE<br>AND ITS SUBSIDIARY LIBERTY<br>MUTUAL INSURANCE,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CASE NO.: 1:21-cv-02141-SEB-MPB

> Acknowledged.
>
> This action is hereby dismissed with prejudice.
>
> Date: _1/5/2022_____
>
> _Sarah Evans Barker_
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, 201 Jefferson, LLC, and Defendant, The Ohio Casualty Insurance and Liberty Mutual Insurance, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Dated: January 4th , 2022

| | |
|---|---|
| Respectfully Submitted,<br><br>_/s/ K. Clark Schirle_____<br>K. Clark Schirle, Esq.<br>BUTLER WEIGMULLER KATZ<br>CRAIG LLP<br>115 S. Lasalle Street, Ste. 3200<br>Chicago, IL 60603<br><br>*Attorneys for Defendants* | Respectfully Submitted,<br><br>_/s/ Patrick M. O'Brien_____<br>Patrick M. O'Brien, Esq.<br>Indiana Bar No. 10887-49<br>107 N. St. Rd. 135, Suite 301<br>Greenwood, IN 46142<br>Phone: (317) 882-2255<br>Email: obobrien@aol.com<br><br>*Attorney for Plaintiff* |